

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: LARRY THOMAS FLETCHER, | § | No. 08-16-00092-CR |
|  | § | ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR WRIT OF |
|  | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Kevin M. O'Connell, Judge of the 227th District Court of Bexar County, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed for lack of jurisdiction. We therefore dismiss the petition for writ of mandamus for lack of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.